EMELIA A. JURISKO, ETC., ET AL. v. FRANK VENABLE.

December 16, 1986.

Petition for certification denied.

IN THE MATTER OF THE PROBATE OF THE ALLEGED WILL OF GERARD ARANEO, DECEASED.

December 16, 1986.

Petition for certification denied.   (See 213 *N.J.Super.* 116)

SYNTHETIC PLASTICS COMPANY, LTD. v. BALCO PROPERTIES CORPORATION.

December 16, 1986.

Petition for certification denied.

EBE HELM v. BOARD OF REVIEW, ETC., ET AL.

December 16, 1986.

Petition for certification denied.